
RECEIVED
SEP 2 8 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA AND THE<br>VERMILION PARISH SCHOOL BOARD | CIVIL ACTION NO. 04-2089 |
| VERSUS | JUDGE DOHERTY |
| BASS ENTERPRISES PRODUCTION<br>COMPANY AND CHEVRON U.S.A., INC. | MAGISTRATE JUDGE METHVIN |

## ORDER

Considering the foregoing Memorandum Ruling,

IT IS HEREBY ORDERED that Chevron's request for an opportunity to conduct discovery for the purpose of ascertaining who owns the subject property is DENIED.

IT IS HEREBY FURTHER ORDERED that the Motion to Remand filed on behalf of the plaintiffs shall be and is GRANTED on the finding that complete diversity does not exist herein and, therefore, this Court does not have subject matter jurisdiction over this matter. The Clerk of Court is instructed to remand this action to the Fifteenth Judicial District Court for the Parish of Vermilion, State of Louisiana, at the earliest possible opportunity.

THUS DONE AND SIGNED IN Chambers, Lafayette, Louisiana, this 28th day of September, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE